**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 4, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00590-CR
_____

### IN RE AMIR BEN-DAVID, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1778955**

---

## MEMORANDUM OPINION

Relator Amir Ben-David filed a pro se petition and supplemental petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition and supplemental petition, relator asks this Court to compel the Honorable Hazel Jones, presiding judge of the 174th District Court of Harris County, to act on various pretrial motions that he filed pro se in cause number No. 1778955.

On September 23, 2022, the State filed a response to relator's petition and supplemental petition for writ of mandamus, informing our Court that on September 22, 2022, relator entered an agreed guilty plea and was convicted of a lesser offense in cause number 1778955. A certified copy of relator's judgment of conviction is attached as exhibit B to the State's response. During the plea, the State asserts that relator was represented by appointed counsel, Steven Greenlee. A certified copy of the trial court's order appointing Lee as relator's counsel and a certified copy of Lee's attorney fees expense claim form for the representation of relator are attached as exhibits C and D to the State's response.

On September 26, 2022, the Court received relator's pro se motion to dismiss his petitions for writ of mandamus wherein he also advised that the petitions are moot.

Relator's agreed guilty plea resolves the issues raised in relator's mandamus proceeding. *See In re Howard*, No. 14-22-00051-CR, 2022 WL 1010465, at *1 (Tex. App.—Houston [14th Dist.] Apr. 5, 2022, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus as moot after relator pleaded guilty); *see also In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (dismissing mandamus on the ground that the relief sought had become moot). Because relator's guilty plea and conviction while represented by counsel eliminated the need for a ruling on the pretrial motions, relator's request for relief in this original proceeding has been rendered moot.

Accordingly, we grant relator's motion to dismiss. We dismiss relator's petition and supplemental petition for writ of mandamus as moot.


PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.
Do Not Publish — Tex. R. App